IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01563-WYD-MJW

HAP POOL and
DARCI POOL,

Plaintiffs,

v.

MATCO MFG, a foreign corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Stay (Docket No. 8) is GRANTED as follows.  The court finds the parties have shown good cause for a stay of 60 days, but not 90 days as requested in the subject motion.  Accordingly, this matter is STAYED up to and including August 11, 2014.  The court will enter a separate order setting a Scheduling Conference which will take place after the stay has expired.  If this matter is settled prior to the Scheduling Conference, the parties may file a notice of settlement and the Scheduling Conference will be vacated.  Otherwise, the Scheduling Conference will go forward as scheduled.

Date: June 10, 2014