IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01563-WYD-MJW

HAP POOL and
DARCI POOL,

Plaintiffs,

v.

MATCO MFG, a foreign corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

　　It is hereby ORDERED that the Stipulated Motion for Additional Stay (Docket No. 15) is GRANTED in part as follows.

　　This matter is STAYED up to and including September 22, 2014.

　　The Scheduling Conference set on September 4, 2014, at 9:30 a.m. is VACATED and RESET on October 23, 2014, at 9:00 a.m.  The proposed Scheduling Order shall be filed on or before October 16, 2014.

Date: August 4, 2014