IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01563-WYD-MJW

HAP POOL AND
DARCI POOL,

    Plaintiffs,

v.

MATCO MFG.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant's Motion for Leave to Exceed Page Limitations filed May 27, 2015 (ECF No. 38) is **GRANTED**. Any motion for summary judgment and response thereto may be up to and including 20 pages in length, exclusive of the statement of facts.

    Dated: May 28, 2015.