IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-01563-WYD-MJW

HAP POOL AND
DARCI POOL,

    Plaintiffs,

v.

MATCO MFG.,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    Defendant's Motion for Leave to Exceed Page Limitations and for Extension of Time to File Reply in Support of Motion for Summary Judgment filed August 10, 2015 (ECF No. 66) is **GRANTED**.  Defendant has up to and including **Thursday, September 3, 2015**, in which to file its Reply.  The Reply Brief may exceed the page limits set forth in my Practice Standards.  In the future, however, Defendant must state the length of the document they wish to file in excess of the page limitations.

    Dated:  August 17, 2015.