IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01563-WYD-MJW

HAP POOL and
DARCI POOL,

Plaintiffs,

v.

MATCO MFG, a foreign corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiffs' Unopposed Motion to Modify Pretrial Order (Docket No. 85) is GRANTED, finding no objection by Defendant.  The parties shall file an Amended Final Pretrial Order for the judge's signature no later than October 30, 2015.

Date: October 23, 2015