IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01563-WYD-MJW

HAP POOL AND
DARCI POOL,

     Plaintiffs,

v.

MATCO MFG.,

     Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed February 22, 2016.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**.  In light of this dismissal, it is

ORDERED that the five-day jury trial set to commence **Monday, April 4, 2016** and the Final Trial Preparation Conference set **Tuesday, March 22, 2016, at 10:00 a.m.** are **VACATED**.

Dated:  February 22, 2016

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Senior United States District Judge